IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO BAUDELIO NAVA,<br><br>Defendant. | CR 24-60-BLG-SPW<br><br>ORDER ON DEFENDANT'S<br>MOTION IN LIMINE |

On December 30, 2024, Defendant Mario Baudelio Nava filed a Motion in Limine to exclude certain statements from Luke Evans and Rachel Bowman to law enforcement. (Docs. 33, 34). Nava argues that the statements are inadmissible hearsay and would violate the Confrontation clause if Evans and Bowman did not testify at trial. (Docs. 34 at 5–10). In response, the Government asks the Court to defer its ruling because it does not know if it will introduce Evans' or Bowman's statements. (Doc. 37 at 1–2). In short, the Government believes it is too early for the Court to rule without definite plans for introducing the contested testimony. (*Id.*).

Trial is set for February 10, 2025. (Doc. 30). The Court appreciates Nava's timely submission of his Motion in Limine in compliance with the Court's scheduling order. (*See* Docs. 30, 32). Nevertheless, the Court agrees with the

1

Government. The Government indicates that it will communicate to Nava and the Court if it intends to introduce statements from Evans or Bowman. (Doc. 37 at 2). Until then, the Court reserves its ruling on Nava's Motion in Limine (Doc. 33).

DATED this 22nd day of January, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge